USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTONIO ROSARIO,                                    :
                                                     :
                                    Petitioner,     :
                                                     :            17-CV-6602 (VEC)
                        -against-                    :            09-CR-415
                                                     :
UNITED STATES OF AMERICA,                           :                 ORDER
                                                     :
                                    Respondent.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 24, 2019, after vacating Petitioner's Section 924(c) conviction

with the Government's consent and pursuant to *United States v. Davis*, the Court resentenced

Petitioner;

WHEREAS Petitioner filed a timely Notice of Appeal on October 2, 2019;

WHEREAS at the time of Petitioner's appeal, he had a remaining claim of ineffective

assistance of counsel;

WHERERAS on October 4, 2019, the Court issued an order holding Petitioner's motion

in abeyance pending the Second Circuit's decision on Petitioner's appeal of his resentence; and

WHEREAS on February 1, 2021, the Second Circuit issued a Summary Order affirming

this Court's September 24, 2019 amended judgment, *see* No. 19-3163, Dkt. 98-1;

IT IS HEREBY ORDERED that the stay in this case is lifted and the Court may now

consider Petitioner's remaining claim of ineffective assistance of counsel.

IT IS FURTHER ORDERED that, notwithstanding that briefing on Petitioner's

ineffective assistance claim appears to have been completed on January 5, 2018, not later than

**March 17, 2021**, both Petitioner and the Government may each submit a letter not to exceed five

double-spaced pages updating any previous briefing on this issue, to the extent necessary.

**SO ORDERED.**

**Date:  February 17, 2021**
        **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**